IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT MILLER, #866293 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv833 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, ET AL. | § | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore directly assigned to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Miller's motion to proceed *in forma pauperis* (docket entry #2) is **DENIED**. Miller may resume the lawsuit if he pays the full filing fee of $400 within thirty days of the entry of the Final Judgment. All motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 12th day of January, 2015.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**